MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3680
  Fax: (510) 637-3724
  E-Mail: stephen.corrigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JOSEPH LAWRENCE WILLIAMS, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 08-0244 DLJ <br><br> MOTION TO DISMISS CHARGES FILED AGAINST DEFENDANT WILLIAMS; **ORDER** |

Plaintiff, United States of America, moves to dismiss all charges filed against defendant Joseph Lawrence Williams who died in May 2010. The government previously filed a notification of receipt of Mr. Williams' death certification on June 15, 2010.

                                       Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                       /s/
                                     STEPHEN G. CORRIGAN
                                     Assistant United States Attorney

SO ORDERED:

DATED: September 9, 2011

                                     _____
                                   D. LOWELL JENSEN, SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

NOTICE OF DISMISSAL AND ORDER (CR 08-0244 DLJ)