CLAIRE LEARY
912 Cole Street, Suite 347
San Francisco, California 94117
T: (415) 225-4640
atyleary@aol.com
Attorney for Defendant Little

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-244 DLJ |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | Stipulation to Extend Briefing Schedule |
| | ) | **AND ORDER** |
| vs. | ) | Hearing Date: October 14, 2011 |
| | ) | |
| William Joseph Little, Jr., and Keith Aaron Vann, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The undersigned hereby stipulate that the briefing schedule for defendants' motions be extended as follows:

The Defendants are to file motions by September 14, 2011.

The Government is to file its response by September 28, 2011.

The Defendants are to file reply briefs by October 5, 2011.

The hearing on the motions remains on the date previously set by the Court: October 14, 2011.

Counsel for Defendant Little has requested this change and the undersigned agree to it:

Dated: September 13, 2011 _____/S/_____
CLAIRE M. LEARY
Counsel for Defendant Little

Dated: September    , 2011 _____/S/_____
KEITH AARON VANN
In Pro Per

Dated: September    , 2011 _____/S/_____
STEPHEN CORRIGAN
Assistant United States Attorney

O R D E R

IT IS SO ORDERED. The briefing schedule is as set forth above in this stipulation.

Dated: September   20 , 2011

_____
D. LOWELL JENSEN
United States District Judge