UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH LAWRENCE WILLIAMS, WILLIAM JOSEPH LITTLE, JR., and KEITH AARON VAN,<br><br>Defendants. | Case No: CR 08-00244 SBA<br><br>**ORDER SETTING HEARING** |

Defendants Joseph Lawrence Williams, William Joseph Little, Jr., and Keith Aaron Van are charged in an eleven-count Indictment with violations of: 18 U.S.C. § 1349—Conspiracy to Commit Mail Fraud and Wire Fraud; 18 U.S.C. § 1341—Mail Fraud, 18 U.S.C. § 1343—Wire Fraud; 18 U.S.C. § 1956(a)(1)(A)(i)—Money Laundering-Promotion; and 18 U.S.C. § 1957(a)—Money Laundering-Expenditure. Since the inception of the case, the Honorable D. Lowell Jensen has presided over the action. However, on October 3, 2011, the action was reassigned to this Court. Dkt. 168.

While the action was pending before Judge Jensen, Defendant Vann filed a pro se motion to dismiss and Defendant Williams filed a motion to sever. Dkt. 156, 162. Judge Jensen did not resolve either motion. Upon reassignment, Williams renoticed his motion on this Court's calendar for October 31, 2011. Vann did not renotice his motion. Accordingly,

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the hearing on Vann's motion to dismiss and Williams' motion to sever will take place on <u>November 14, 2011 at 1:00 p.m.</u>  Time under the Speedy Trial Act remains automatically tolled, pursuant to 18 U.S.C. § 3161(h)(1)(D). |

IT IS HEREBY ORDERED THAT the hearing on Vann's motion to dismiss and Williams' motion to sever will take place on November 14, 2011 at 1:00 p.m.  Time under the Speedy Trial Act remains automatically tolled, pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  October 28, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge