UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KEITH AARON VANN,<br><br>　　　　　Defendant. | Case No: CR 08-00244 SBA<br><br>**ORDER DENYING DEFENDANT VANN'S RENEWED MOTION TO DISMISS**<br><br>Dkt. 179 |

　　　The parties are presently before the Court on Defendant Keith Vann's renewed pro se motion to dismiss. Dkt. 179, 184. Having read and considered the papers submitted and being fully informed, the Court DENIES Vann's motion.

　　　Defendant Vann and William Joseph Little, Jr., are charged in an eleven count Indictment with: Conspiracy to commit mail and wire fraud, 18 U.S.C. § 1349; mail fraud, id. § 1341; wire fraud, id. § 1343; money laundering-promotion, id. § 1956(a)(1)(A)(i); and money laundering-expenditure, id. § 1957(a). These charges arise from a fraudulent scheme perpetrated by Vann, Little and the late Joseph Lawrence Williams, in which they allegedly induced siblings Joseph Studnek ("Studnek") and Jean Owens ("Owens") into donating two commercial properties to Global Missions UN Limited ("Global Missions"). Defendants led Studnek and Owens (collectively "Victims") to believe that Global Missions was a charitable organization and that their donations would be tax-deductible. In reliance on those representations, the Victims transferred title to the properties to Global Missions, which, in turn, sold the properties for approximately $3.4 million. The Victims

later learned that the IRS did not recognize Global Missions as a non-profit organization and were unable to obtain a charitable tax deduction for their donation.

Vann previously filed a motion to dismiss the Indictment which the Court denied on November 9, 2011. Dkt. 176. On January 27, 2012, Vann filed the instant, renewed motion to dismiss. Dkt. 179, 184. Federal Rule of Criminal Procedure 12(b)(3)(B) authorizes a party to seek the dismissal of a criminal action where "the indictment or information fails to invoke the court's jurisdiction or to state an offense[.]" In his renewed motion, Vann states "[t]hat the Third Party Intervenor [i.e., Vann] had agreed to perform to go to jail but the Plaintiff's offer that was accepted for value was conditioned upon production of Proof(s) of Claim." Mot. ¶ 4. He further states that "[t]he Prosecutor has failed to bring forth proof of claim, has failed to state a claim upon which relief can be granted and has stipulated to the facts as they operate in his favor of the Defendant/Debtor." Id.

The import of Vann's argument is entirely unclear, and it is otherwise legally and factually unsupported. To the extent that Vann is again challenging the sufficiency of the Indictment, the Court has already found that "the Indictment adequately alleges the elements of the offenses charged and 'fairly informs' him of the charges against which he must defend, and otherwise 'enables him to plead an acquittal or conviction in bar of future prosecutions for the same offense.'" 11/9/11 Order at 4 (citing United States v. Lazarenko, 564 F.3d 1026, 1033 (9th Cir. 2009)). Vann has failed to present any compelling grounds for reconsidering that finding. Accordingly,

IT IS HEREBY ORDERED THAT Defendant Vann's renewed motion to dismiss is DENIED.

IT IS SO ORDERED.

Dated: June 11, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

UNDER SEAL et al,

        Plaintiff,

  v.

UNDER SEAL et al,

        Defendant.

                            Case Number: CR08-00244 SBA

                            **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Aaron Vann
c/o 35 Shadow Mountain Street
Oakland, CA 94605

Dated: June 14, 2012
                              Richard W. Wieking, Clerk

                                  By: Lisa Clark, Deputy Clerk