BRIAN STRETCH (CABN 163973)
Acting United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3701
   Facsimile: (510) 637-3724
   E-Mail: stephen.corrigan@usdoj.gov
         wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> WILLIAM JOSEPH LITTLE, JR., and ) <br> KEITH AARON VANN, ) <br> ) <br>     Defendants. ) | No. CR 08-00244 SBA <br><br> STIPULATION AND ORDER <br> EXCLUDING TIME |

    The parties in the above-captioned case appeared before the Court on June 12, 2012, during which the Court continued the case to November 26, 2012 for trial. The parties stipulate and agree that an exclusion of time from the Speedy Trial Act is appropriate from June 12, 2012, through November 26, 2012, to allow counsel for the defendants and the government the time

//

//

//

//

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-00244 SBA

necessary for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:

DATED: June 18, 2012        Respectfully submitted,

                            MELINDA HAAG
                            United States Attorney

                            _____/s/_____
                            STEPHEN G. CORRIGAN
                            Assistant United States Attorney

DATED: June 18, 2012        _____/s/_____
                            CLAIRE LEARY
                            Attorney for Joseph William Little

DATED: June 18, 2012        _____/s/_____
                            WARRINGTON PARK
                            Attorney for Keith Aaron Vann

## ORDER

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the time between June 12, 2012 and November 26, 2012 shall be excluded from computation under the Speedy Trial Act for the reason stated above.

Dated: 6/19/12              _____
                            SAUNDRA BROWN ARMSTRONG
                            United States District Judge