UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00244 SBA |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED PRE-TRIAL DOCUMENTS** |
| v. | ) ) | |
| KEITH AARON VANN, and WILLIAM JOE LITTLE, | ) ) ) | Trial Date: November 26, 2012 Time: 8:30 a.m. |
| Defendants. | ) ) ) | Judge: Hon. Saundra B. Armstrong |

As required by this Court's prior order, counsel for the United States seeks leave of court to file Amended United States' Proposed Jury Instructions and Second Amended Exhibit List. Good cause shown therefor, **IT IS HEREBY ORDERED** that the United States may file Amended United States' Proposed Jury Instructions and Second Amended Exhibit List.

DATED:_8/22/12

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge