UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00244 SBA |
| Plaintiff, | ) ) | ORDER SETTING MATTER FOR TRIAL SETTING ON JULY 9, 2013 |
| v. | ) ) | Date: July 9, 2013 |
| WILLIAM JOSEPH LITTLE, JR., | ) ) | Time: 3:30 p.m. Court: Hon. Saundra Brown Armstrong |
| Defendant. | ) ) ) | |

The above-captioned matter was previously set on June 25, 2013 before this Court for trial setting. However, the parties now jointly request that this Court continue the matter to July 9, 2013 at 3:30 p.m. for trial setting and that the Court continue to exclude under the Speedy Trial Act between the date of this stipulation and July 9, 2013.

The parties had previously reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, which was rejected by the District Court on May 15, 2013. In turn, the parties began re-preparing for trial while attempting to reach a revised negotiated pre-trial disposition. To date, the parties inform the Court that they have been unable to reach a negotiated pre-trial disposition. Accordingly, the parties have jointly requested additional time to prepare the case for trial, including conducting additional factual investigation and legal

STIPULATED REQUEST AND [PROPOSED] ORDER
SETTING MATTER FOR TRIAL SETTING ON JULY 9, 2013
No. CR-08-00244 SBA                    -3-

| | |
|---|---|
| 1 | research, and therefore jointly request that this matter be continued to July 9, 2013 at 3:30 p.m. |
| 2 | for trial setting for a status conference before the sitting Magistrate Judge. |

Furthermore, the parties have stipulated and agreed that failing to exclude the time between today's date and July 9, 2013 would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

Accordingly, **IT SO ORDERED** that this matter is on July 9, 2013 at 3:30 p.m. for trial setting and that time is excluded between today's date and July 9, 2013 based on the Court's findings that failing to exclude the time between today's date and July 9, 2013 would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A). **IT IS FURTHER ORDERED** that the defendant's physical appearance is waived on July 9, 2013.

DATED:_6/24/13

                                        HON. SAUNDRA BROWN ARMSTRONG
                                        United States District Judge